ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
GORDON E. DAVENPORT, III
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gordon.davenport.iii@usdoj.gov
Attorneys for Plaintiff

FILED
2018 OCT 10 PM 5:51
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR18-2068TUC RM (EJM)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jose Rosalio Fuentes,<br>aka "Pollito,"<br><br>    Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br><br>8 U.S.C. §1324(a)(2)(B)(ii)<br>(Alien Smuggling)<br>Count 1<br><br>18 U.S.C. §201(b)(2)<br>(Bribery)<br>Count 2 |

**THE GRAND JURY CHARGES:**         SEALED

### Count 1

On or about February 10, 2018, at or near Nogales, in the District of Arizona, **JOSE ROSALIO FUENTES**, did knowingly and in reckless disregard of the fact that an alien, herein identified as **Individual-1**, had not received prior official authorization to come to, enter, and reside in the United States, did bring into and attempt to bring into the United States said alien, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## Count 2

On or about February 12, 2018, at or near Nogales, in the District of Arizona, **JOSE ROSALIO FUENTES** a public official, to wit, a Customs and Border Protection Officer with the Department of Homeland Security did directly and corruptly receive a thing of value, to wit, $6,000 cash, in return for being induced to omit to do and omit any act in violation of the official duty, to wit, **JOSE ROSALIO FUENTES** failed to do his official duty to inspect and interdict **Individual-1**, an alien entering into the United States from the Republic of Mexico without permission or right, in violation of Title 18 Section 201(b)(2).

A TRUE BILL

/s/

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/

_____
Assistant U.S. Attorney

**REDACTED FOR PUBLIC DISCLOSURE**