AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Jose Rosalio Fuentes<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR-18-2068-TUC-RCC(EJM) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jose Rosalio Fuentes ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1, 8:1324 (a)(2)(B)(ii) and 18:2 Alien smuggling

Count 2, 18:201(b)(2) Bribery

Date: 10/11/2018

Issuing officer's signature

City and state: Tucson, Arizona

K. Hughes, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/11/2018, and the person was arrested on *(date)* 10/24/2018
at *(city and state)* Nogales, Arizona .

Date: 10/24/2018

Arresting officer's signature

Harrison Pusman FBI Special Agent
*Printed name and title*