MICHAEL BAILEY
United States Attorney
District of Arizona
RYAN J. ELLERSICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Ryan.ellersick3@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Jose Rosalio Fuentes,<br><br>　　　　　　Defendant. | CR 18-02068-TUC-RM (EJM)<br><br>NOTICE OF APPEARANCE<br>OF GOVERNMENT COUNSEL |

　　　　The United States of America, by and through its undersigned attorneys, gives notice that RYAN J. ELLERSICK files his appearance as counsel for the United States of America in the above-captioned matter, as co-counsel to lead counsel Gordon E. Davenport, III.

　　　　Respectfully submitted this 29th day of November, 2019.

　　　　　　　　　　　　　　　　　　　MICHAEL BAILEY
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　*s/Ryan J. Ellersick*

　　　　　　　　　　　　　　　　　　　RYAN J. ELLERSICK
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 29th day of November, 2019, to:

Sean Chapman, Esq.